■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY WATERS, Appellant. [917 NYS2d 905]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Chambers and Austin, JJ., concur.